UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,   :   11-Cr-500 (SHS)

-v-   :   ORDER

LOUIS MCINTOSH,   :

           Defendant.   :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In light of the Mandate of the U.S. Court of Appeals for the Second Circuit issued on May 6, 2020, remanding this matter to this Court for resentencing,

    IT IS HEREBY ORDERED that:

    1.    The U.S. Probation Office is directed to prepare a revised presentence report on or before August 10, 2022;

    2.    The CJA attorney on duty today, Jacqueline E. Cistaro, is appointed to represent the defendant on remand;

    3.    The defendant shall file his resentencing submission on or before August 24, 2022;

    4.    The government shall file its resentencing submission on or before August 31, 2022;

    5.    The defendant shall be resentenced on September 14, 2022, at 11:00 a.m.;

    6.    Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) [Doc. No. 354] is dismissed without prejudice; and

    7.    Defendant's Motion for Appointment of Counsel [Doc. No. 353] in connection with his motion for compassionate release is dismissed without prejudice.

Dated: New York, New York
       June 14, 2022

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.