UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

UNITED STATES OF AMERICA,                       :        11-Cr-500 (SHS)

       -against-                                       :

                                                  ORDER

LOUIS MCINTOSH,                                 :

                Defendant.            :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

        IT IS HEREBY ORDERED that the CJA attorney on duty today, Jacqueline C. Cistaro, is appointed pursuant to the Criminal Justice Act to represent the defendant in connection with his resentencing on remand.

Dated: New York, New York
       June 14, 2022

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.