UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 11-Cr-500 (SHS) |
| -v- | : | <u>ORDER</u> |
| LOUIS MCINTOSH, | : | |
| Defendant. | : | |

----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court has received a letter from Mr. McIntosh dated August 23, 2022 [Doc. No. 377], expressing his dissatisfaction with his recently appointed defense attorney, Jacqueline C. Cistaro. The Court has also received a letter from Ms. Cistaro dated August 30, 2022 [ECF Doc. No. 376], requesting an adjournment of the resentencing date, with the consent of the government.

      IT IS HEREBY ORDERED that:

      1.    There will be a status conference on September 15, 2022, at 11:30 a.m. regarding defendant's letter to the Court. The conference will be held in Courtroom 23A;

      2.    Ms. Cistaro is directed to contact defendant expeditiously and proceed with her representation of him;

      3.    The defense shall file its resentencing submission on or before November 14, 2022;

      4.    The government's resentencing submission shall be filed on or before November 21, 2022;

      5.    The resentencing is adjourned to December 12, 2022, at 10:00 a.m. and shall take place either in Courtroom 23A or via videoconference or teleconference, depending upon the state of the COVID-19 pandemic at that time and where defendant is located; and

      6.    The docket clerk shall mail a copy of this Order to Louis McIntosh [65254-054] at USP Lee, U.S. Penitentiary, P.O. Box 305, Jonesville, VA 24263-0305.

Dated: New York, New York
          September 1, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.