UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 11-Cr-500 (SHS) |
| -against- | : | |
| | : | ORDER |
| LOUIS MCINTOSH, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

        IT IS HEREBY ORDERED that Jacqueline E. Cistaro is relieved, and George R. Goltzer, the CJA attorney on duty today, is appointed to represent the defendant pursuant to the Criminal Justice Act in connection with defendant's resentencing.

Dated: New York, New York
       September 15, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.