UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,      :     11-Cr-500 (SHS)

-v-      :     <u>ORDER</u>

LOUIS MCINTOSH,      :

        Defendant.      :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A status conference having been held today, with counsel for all parties present, and defendant appearing by telephone,

      IT IS HEREBY ORDERED that:

      1.    Defendant's attorney Jacqueline E. Cistaro is relieved, and George R. Goltzer, the CJA attorney on duty today, is appointed to represent the defendant pursuant to the Criminal Justice Act in connection with defendant's resentencing;

      2.    Defendant's resentencing submission is due on or before November 14, 2022;

      3.    The government's resentencing submission is due on or before November 21;

      4.    The resentencing is scheduled for December 12, 2022, at 10:00 a.m. either in Courtroom 23A or via videoconference or teleconference, depending upon the state of the COVID-19 pandemic at that time and where defendant is located; and

      5.    The docket clerk shall mail a copy of this Order to Louis McIntosh [65254-054] at USP Lee, U.S. Penitentiary, P.O. Box 305, Jonesville, VA 24263-0305.

Dated: New York, New York
       September 15, 2022

                                        SO ORDERED:

                                        */s/ Sidney H. Stein*
                                        Sidney H. Stein, U.S.D.J.