UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

LOUIS MCINTOSH,

           Defendant.

11-CR-500 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    In light of the U.S. Supreme Court's November 7, 2022 Order in *McIntosh v. United States*, 143 S. Ct. 399 (2022), which vacated the judgment of the U.S. Court of Appeals for the Second Circuit in this matter and remanded the case to the Second Circuit for further consideration in light of *United States v. Taylor*, 142 S. Ct. 2015 (2022), and in light of the Second Circuit's remand to this Court for resentencing in its Amended Summary Order dated January 25, 2023 (No. 14-908, ECF No. 307-1),

    IT IS HEREBY ORDERED that:

1. Defendant Louis McIntosh's resentencing is adjourned to April 13, 2023 at 11:00 a.m. in Courtroom 23A.
2. The defense resentencing submission is due on or before March 16, 2023. The Government's resentencing submission is due on or before March 23, 2023.
3. The Probation Office is directed to submit a Revised Presentence Investigation Report in light of the Second Circuit's Amended Summary Order dated January 25, 2023.

Dated: New York, New York
       January 25, 2023

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.