UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  11-Cr-500 (SHS)

    -against-  :

        ORDER

LOUIS MCINTOSH,  :

    Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    In a letter filed on February 9, 2023, from George R. Goltzer requesting to be relieved as counsel [Doc. No. 397],

    IT IS HEREBY ORDERED that George R. Goltzer is relieved, and Camille Abate, the CJA attorney on duty today, is appointed to represent the defendant pursuant to the Criminal Justice Act in connection with defendant's resentencing.

Dated: New York, New York
       February 10, 2023

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.