UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

LOUIS MCINTOSH,

               Defendant.

11-CR-500 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received defendant Louis McIntosh's handwritten motion filed on April 12, 2023. (ECF No. 405.) Where, as here, a party's claims "involve his writing down legal terms, without supporting facts, that make no sense[,] [and] [t]he claims are vague and incomprehensible . . . the Court can dismiss . . . [the party's] claims immediately." *Logan v. Matveevskii*, 57 F. Supp. 3d 234, 280 (S.D.N.Y. 2014) (quoting *Marshall v. Nat'l Ass'n of Letter Carriers BR36*, No. 03-CV-1361, 2003 WL 22519869, at *5 (S.D.N.Y. Nov. 7, 2003)). To the extent the Court is able to extract any meaning from defendant's arguments, defendant appears to argue, *inter alia*, that the Court lacks subject matter jurisdiction over his case; that the United States is both not a proper party to this case, and must intervene in this action on his behalf; that the 1948 revision and recodification of the Judicial Code, 62 Stat. 869, was unconstitutional; that he was improperly convicted by a legislative rather than a judicial court; and that his due process rights have thereby been violated. He asserts that the Court is thus required to certify with the Attorney General that the constitutionality of the 1948 Act has been drawn into question, and to certify the United States as an intervenor on defendant's behalf. (ECF No. 405 at 12 (*see* 6 defining United States as "movant."))

    The Court rejects each of these arguments. Defendant's motion is therefore denied.

Dated: New York, New York
       April 18, 2023

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.