UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 11-Cr-500 (SHS) |
| -against- | : | <u>ORDER</u> |
| LOUIS MCINTOSH, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    The Court has today received defendant's letter [ECF Doc. No. 417] requesting the Court to file a notice of appeal on his behalf from the Amended Judgment filed on May 3, 2023; the return of certain property; and the submission to him of certain sentencing materials. In that letter, the defendant states that he asked his attorney, Camille Abate, Esq., to file a notice of appeal but none has been filed to date. This request is substantiated in the emails that are attached to defendant's letter. The Court hereby finds good cause under Fed. R. App. Pro. 4(b)(4) to extend the time to file a notice of appeal until June 1, 2023. Accordingly,

    IT IS HEREBY ORDERED that:

    1. The Clerk of Court is directed to file a notice of appeal on defendant's behalf from the Amended Judgment filed on May 3, 2023 [ECF Doc. No. 414], and to mail a copy of that notice of appeal to the defendant, Louis McIntosh [65254-054], MDC Brooklyn, P.O. Box 329002, Brooklyn, New York 11232;

    2. Defendant's appellate attorney is directed to respond to defendant's other requests in the letter received today [Doc. No. 417] seeking the return of certain property and the submission to him of certain sentencing materials; and

    3. The Clerk of Court is directed mail a copy of this Order to Louis McIntosh [65254-054], MDC Brooklyn, P.O. Box 329002, Brooklyn, New York 11232.

Dated: New York, New York
       May 30, 2023

                        SO ORDERED:

                        Sidney H. Stein, U.S.D.J.