UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

LOUIS MCINTOSH,

Defendant.

11-cr-500 (SHS)
24-cv-2156 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

On May 2, 2024, at the Government's request, this Court stayed Louis McIntosh's motion for post-conviction relief filed pursuant to 28 U.S.C. § 2255 pending the resolution of his then-pending appeal before the U.S. Court of Appeals for the Second Circuit and permitted the Government to file its response to McIntosh's motion within 60 days after his appeal was resolved. (Dkt. No. 435.) On April 27, 2026, the Second Circuit issued a summary order affirming the judgment of this Court. *See United States v. McIntosh*, No. 23-6571-cr, 2026 WL 1141142 (2d Cir. Apr. 27, 2026). On June 24, 2026, the Second Circuit transmitted its mandate to this Court. (*See* Dkt. No. 452.) Accordingly, the Government is directed to file its response to McIntosh's pending motion (Dkt. No. 432) on or before August 24, 2026.

McIntosh shall have 30 days from the date on which he is served with the Government's response to file a reply. Absent further order, the motion will be considered fully submitted as of that date.

The Clerk of Court is respectfully directed to mail a copy of this Order to defendant as follows: Louis McIntosh [65254-054], FCI Jesup, Federal Correctional Institution, 2680 301 South, Jesup, GA 31599.

Dated: New York, New York
       June 26, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.