UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LOUIS MCINTOSH,

Defendant.

11-cr-500 (SHS)
24-cv-2156 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of Louis McIntosh's "Addendum to § 2255 Motion" (*see* Dkt. No. 454), which the Court construes as a motion to amend McIntosh's pending 2255 motion. The Court grants McIntosh's motion to amend his section 2255 motion. The last day for the Government to respond to McIntosh's section 2255 motion, as amended, remains August 24, 2026.

McIntosh shall have 30 days from the date on which he is served with the Government's response to file a reply. Absent further order, the motion will be considered fully submitted as of that date.

The Clerk of Court is respectfully directed to mail a copy of this Order to defendant as follows: Louis McIntosh [65254-054], FCI Jesup, Federal Correctional Institution, 2680 301 South, Jesup, GA 31599.

Dated: New York, New York
July 20, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.